IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE:<br>Don Anthony Salas<br>and<br>Dora Flores Salas<br>Debtors | §<br>§<br>§<br>§<br>§<br>§ | CASE NO.: 09-10311-RLJ-13<br><br>HEARING DATE: December 4, 2013<br>HEARING TIME: 11:00 AM |

**DEBTOR CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)**

The Debtors move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtors certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United State s Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil

remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Don Anthony Salas  /s/Dora Flores Salas
Debtor  (Joint Debtor)

/s/Monte J. White
Debtors' Attorney

## NOTICE OF HEARING

A HEARING WILL BE HELD ON December 4, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS:

FOR LIVE COURT  FOR VIDEO COURT
U.S. COURTHOUSE ROOM 2000  U.S. COURTHOUSE ROOM 2001
3RD AND PINE  3RD AND PINE
ABILENE, TX 79604  ABILENE, TX 79604

IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON December 4, 2013 AT 8:30 am AM AT THE FOLLOWING ADDRESS:

U.S. COURTHOUSE ROOM 2001
3RD AND PINE
ABILENE, TX 79604

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: October ___, 2013

/s/Monte J. White
Debtors' Attorney